| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:09-bk-15833-GM |
| In re<br><br>Michael Sommers<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Michael Sommers_ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _5/18/2009_.

2. I am the owner of real property[1] at the following street address:

    _6832 Quezon Ave_

    _California City, CA 93505_ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _America Home Mortgage_.

    b. Second deed of trust in favor of _Homecommings Financial_ *(if applicable)*.

    c. Third deed of trust in favor of _None_ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

F 3015-1.4

| In re<br>Michael Sommers<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:09-bk-15833-GM |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| American Home Mortgage | $1,437.20 | 1-15th Aug 2009 | 8/7/09 |
| | $1,437.20 | 1-15th Sept 2009 | 9/9/09 |
| | $1,437.20 | 1-15th Oct 2009 | 10/5/09 |
| | $1,437.20 | 1-15th Nov 2009 | 11/4/09 |
| | | 1-15th Dec 2009 | 12/11/09 |
| | | 1-15th Jan 2010 | 01/11/10 |
| | | 1-15th Feb 2010 | 02/09/10 |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>Michael Sommers | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-15833-GM |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  February 22, 2010        Signature  _____
                                          Michael Sommers
                                          Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4



**UNITED STATES POSTAL SERVICE** — RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION — **NOT NEGOTIABLE**

Pay to: American Home Mortgage
Address: P.O. Box 660029
Dallas TX 75266-0025

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 16431338237
Year, Month, Day: 2010-01-11
Post Office: 935230
Amount: $1000.00
Clerk: 0009

---

**UNITED STATES POSTAL SERVICE**

Serial Number: 16431338237

Pay to: American H...
Address: P.O. Box 660...
Dallas TX 75...

C000000800 2C

January 2010

---

**UNITED STATES POSTAL SERVICE** — RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION — **NOT NEGOTIABLE**

Pay to: American Home Mortgage
Address: P.O. Box 660029
Dallas TX 75266-0025

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 16431338248
Year, Month, Day: 2010-01-11
Post Office: 935230
Amount: $730.49
Clerk: 0009

---

**UNITED STATES POSTAL SERVICE**

Serial Number: 16431338248

Pay to: American...
Address: P.O. Box 660...
Dallas TX 752...

C000000800 2C